UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                              :
                                                   :
    DENNIS O. JOHNS                         : CASE NO. 5-21-01655
                                                   :
        Debtor(s)                            : Motion to Sell Real Estate

## **ORDER**

**AND NOW**, this _____, upon consideration of the annexed motion, it is hereby **ORDERED** that the debtor(s) shall be permitted to sell his real estate pursuant to the terms of that certain Agreement of Sale attached to said motion.

Further, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR3, Mortgage-Backed Notes, Series 2021-NR3's lien shall be paid in full subject to a proper and accurate payoff at the time of sale. The lien will otherwise remain on the property unless paid in full.

BY THE COURT: